[Civ. No. 5733.   Third Appellate District.—March 9, 1937.]

GEO. A. CLOUGH et al., Petitioners, v. THE SUPERIOR COURT OF TEHAMA COUNTY et al., Respondents.

Pugh & Pugh and George A. Clough for Petitioners.

Clarence W. Morris for Respondents.

THE COURT.—Motion to strike out petitioners' cost bill filed in original proceedings in *mandamus*.   The judgment in this cause did not award costs to the petitioners.

On the authority of *Gould* v. *Moss*, 158 Cal. 548 [111 Pac. 925], the respondents' motion to strike out petitioners' cost bill is granted.